THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Michael Corey, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI
__________
Appeal From Anderson County
 J. C. Nicholson, Jr., Circuit Court Judge

Memorandum Opinion No. 2005-MO-049
Submitted September 26, 2005 - Filed October 10, 2005

VACATED

 
 
 
Acting Deputy Chief Attorney Wanda H. Carter, of S.C. Office of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General William Bryan Dukes, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).  We grant the petition, dispense with further briefing, and vacate the July 18, 2003 order of the PCR judge.
The PCR judge issued a Form 4 order dismissing petitioners PCR application without prejudice and tolling the statute of limitations on May 2, 2002.  The order does not indicate that a more formal order is to follow.  On July 18, 2003, the PCR judge issued an order dismissing petitioners PCR application with prejudice on the ground that it was barred by the statute of limitations.
The July 18, 2003 order was a nullity because the PCR judge no longer had jurisdiction over the matter. 
Leviner v. Sonoco Products Co., 339 S.C. 492, 530 S.E.2d 127 (2000); Doran v. Doran, 288 S.C. 477, 343 S.E.2d 618 (1986) (judge loses jurisdiction to issue supplemental order after end of term).  Accordingly, we vacate the July 18, 2003 order of the PCR judge.
VACATED. 
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.